**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

LONNIE MOULTRY, on his own behalf
and others similarly situated,

    Plaintiffs,

v.                                                                      CASE NO: 8:07-cv-453-T-26MSS

CEMEX, INC., and GILBERTO PEREZ,

    Defendants.
_____/

**O R D E R**

Upon due consideration of the parties' written submissions and oral arguments, and for the reasons announced on the record at the hearing held in this case this day, it is ordered and adjudged that Plaintiff's Motion for Order Barring Communications Between Defendants and Putative Members of the Opt-In Class (Dkt. 44) is denied. However, defense counsel shall impress upon Defendants and their agents the necessity of avoiding any communication with individuals who opt in to this case as a plaintiff regarding the case.

**DONE AND ORDERED** at Tampa, Florida, on October 19, 2007.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA
                                          UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record