**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

LONNIE MOULTRY, on his own behalf
and others similarly situated,

    Plaintiff,

v.                                             CASE NO: 8:07-cv-453-T-26MSS

CEMEX, INC., and GILBERTO PEREZ,

    Defendants.
_____/

**O R D E R**

    Plaintiffs' counsel has filed a motion to compel the deposition testimony of two witnesses. In support of his unsuccessful efforts to obtain dates for these depositions, he attaches as an exhibit an e-mail string. After reviewing the e-mails, it is painfully obvious to the Court that counsel for the parties have not themselves *personally* conferred regarding the scheduling of these depositions, nor have their legal assistants to whom they delegated the duty of scheduling the depositions. Accordingly, it is ordered and adjudged as follows:

    1) The Motion to Compel (Dkt. 75) is denied without prejudice.

    2) Counsel for the parties shall themselves confer *personally* regarding the scheduling of the depositions of these two witnesses on or before 12 noon today, February 11, 2008.

    3) In the event counsel are unable to resolve this matter then Plaintiff may refile the motion, following which the Court will schedule an expedited hearing for February 12, 2008.

    **DONE AND ORDERED** at Tampa, Florida, on February 11, 2008.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA
                                              UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record