UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LONNIE MOULTRY, on his own behalf and
others similarly situated,

    Plaintiff,

v.                                                   CASE NO: 8:07-cv-453-T-26MSS

CEMEX, INC.,

    Defendant.
_____/

## **O R D E R**

Before the Court is the Motion to Continue Mediation (Dkt. 87), and Plaintiff's Response. (Dkt. 89). The Plaintiff's position is well-taken and therefore the Motion is denied.

The mediation held on February 12, 2008, was recessed. (Dkt. 79). The Court entered an order on February 18, 2008, directing the mediation to be conducted tomorrow, April 15, 2008, not subject to cancellation or continuation without leave of court. (Dkt. 81). Defendant now, the day before mediation, seeks additional time to analyze the 100 payroll and personnel records of the opt-in Plaintiffs in order to engage in meaningful settlement negotiations tomorrow.

On June 18, 2007, the Case Management and Scheduling Order set the jury trial of this case for the term commencing June 30, 2008. (Dkt. 17). On February 11, 2008, the

day before the previously conducted mediation, the Court denied a motion to compel depositions filed by the Plaintiff without prejudice for the parties to personally confer. (Dkt. 76).  Discovery cut-off was thereafter extended until May 12, 2008.  (Dkt. 78). Plaintiff's counsel asserts that counsel have not yet agreed to the times and places of taking the Plaintiff's prior-noticed depositions, which were the subject of the motion to compel filed in February.  (Dkt. 75).  Plaintiff's counsel also contends that the first mediation was recessed for the very reason Defendant's counsel seeks the continuation today—to finalize overtime calculations for the opt-in Plaintiffs.

The Court finds that the reasons given for the continuation are unpersuasive and *directs* that the parties must again personally confer tomorrow at the mediation and agree on the times and places for Plaintiff's previously-noticed depositions to occur. Accordingly, the Motion to Continue (Dkt. 87), as well as the recently filed Motion to Compel (Dkt. 92) are **DENIED**.  The parties shall resume mediation of this case tomorrow at 1:00 p.m. as previously ordered.

Finally, the Court reminds counsel of their obligation to "conduct themselves with civility and in a spirit of cooperation in order to reduce unnecessary cost and delay." Local Rule 2.04(h).

**DONE AND ORDERED** at Tampa, Florida, on April 14, 2008.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Cary R. Singletary, Mediator