UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LONNIE MOULTRY, ON HIS OWN
BEHALF AND OTHERS
SIMILARLY SITUATED,

      Plaintiffs,

vs.                                    CASE NO.:  8:07-CV-453-RAL-MSS

CEMEX, INC., A FOREIGN
CORPORATION,

      Defendants.
_____/

## PLAINTIFF'S REPSONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT

      Plaintiff files its Response in Opposition to Defendant's Motion for Enlargement of Time to Respond to Plaintiff's Motion for Partial Summary Judgment and as grounds thereof states:

      Plaintiff opposes the enlargement on numerous grounds.  First, Plaintiff filed its Motion for Partial Summary Judgment on June 2, 2008.  (Doc. 121).  The Court entered an Order on June 2, 2008 directing Defendant to file its response by June 16, 2008.  (Doc. 125).  In that Order, the Court specifically ruled that no extensions would be given.  *Id*.  Therefore, Defendant was aware or should have been aware of the deadline for its response as of June 2, 2008.  Now, as of June 11, 2008, the Defendant claims that its *in-house counsel*, not defense counsel of record, is unavailable for a week.  In addition, Defendant requests an additional two weeks after the two week period to respond.  Plaintiff argues that sufficient grounds for an extension have not been asserted.

      Second, Plaintiff has granted Defendant numerous extensions in this case regarding discovery, continuing mediation, etc. The Parties are now two and a half weeks away from the

trial period and Plaintiff has a strong interest in closing this case in a timely manner. If the extension is granted, Plaintiff fears that a continuance of the trial might be necessary.

Dated this 12th day of June, 2008.

/s/ CARLOS LEACH
Carlos V. Leach, Esquire
FBN 0540021
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:     (407) 420-1414
Facsimile:      (407) 425-8171
Email: CLeach@forthepeople.com
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing of Plaintiffs, LONNIE MOULTRY, on his own behalf and others similarly situated, has been served Kevin Zwetsch, Esquire, FOWLER WHITE BOGGS BANKER P.A., P.O. Box 1438, 501 East Kennedy Blvd., Suite 1700, Tampa, FL 33601, E-Mail: kzwetsch@fowlerwhite.com, using the CM/ECF system which I understand will send a notice of electronic filing., on this 12th day of June, 2008.

/s/ CARLOS LEACH
Carlos V. Leach, Esquire